# EXHIBIT A

## NOTICE OF CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in a lawsuit under the minimum wage provisions of the Fair Labor Standards Act with respect to labor I performed in the State(s) of __Georgia__ during the year(s) __2015, 2017, and 2018__.

Signature: _[signed]_

Name: Lucia Felix Rodriguez

## NOTIFICACIÓN DE CONSENTIMIENTO PARA DEMANDAR

YO, POR LA PRESENTE, DOY CONSENTIMIENTO a ser partido Demandante en una demanda bajo las provisiones del salario mínimo de la Ley de Normas Justas de Trabajo con respeto al trabajo que hice en el(los) Estado(s) de __Georgia__, durante el(los) año(s) __2015, 2017 y 2018__.

Firma: _[signed]_

Nombre: Lucia Felix Rodriguez