# EXHIBIT C

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

# H-2A Application for Temporary Employment Certification
## Form ETA-9142A
## U.S. Department of Labor



***Please read and review the filing instructions carefully before completing the** Form ETA-9142A **. A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/. In accordance with Federal Regulations, incomplete or obviously inaccurate applications will not be certified by the Department of Labor. If submitting this form non-electronically, ALL required fields/items containing an asterisk ( * ) must be completed as well as any fields/items where a response is conditional as indicated by the section ( § ) symbol.***

### A. Employment-Based Nonimmigrant Visa Information

| 1. Indicate the type of visa classification supported by this application *(Write classification symbol)*: * | H-2A |
|---|---|

### B. Temporary Need Information

1. Job Title * Farmworker

| 2. SOC (ONET/OES) code * | 3. SOC (ONET/OES) occupation title * |
|---|---|
| 45-2092 | Farmworkers and Laborers, Crop, Nursery, and Greenhouse |

4. Is this a full-time position? * ☑ Yes ☐ No

**Period of Intended Employment**

| 5. Begin Date * *(mm/dd/yyyy)* | 03/15/2017 | 6. End Date * *(mm/dd/yyyy)* | 08/15/2017 |
|---|---|---|---|

7. Worker positions needed/basis for the visa classification supported by this application

40 **Total Worker Positions Being Requested for Certification ***

Basis for the visa classification supported by this application
(*indicate the total workers in each applicable category based on the total workers identified above*)

| | | | |
|---|---|---|---|
| 40 | a. New employment * | 0 | d. New concurrent employment * |
| 0 | b. Continuation of previously approved employment * without change with the same employer | 0 | e. Change in employer * |
| 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

8. Nature of Temporary Need: (Choose only one of the standards) *

☐ Seasonal ☑ Peakload ☐ One-Time Occurrence ☐ Intermittent or Other Temporary Need

9. Statement of Temporary Need *

FLC has secured contracts to harvest Blueberries according growing season in South Georgia.



**FOR DEPARTMENT OF LABOR USE ONLY**

Case Number: H-300-17039-770257 Case Status: CERTIFIED Validity Period: 03/15/2017 to 08/15/2017

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**



## C. Employer Information

**Important Note**: Enter the full name of the individual employer, partnership, or corporation and all other required information in this section. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, identify the main or primary employer in the section below and then submit a separate attachment that identifies each employer, by name, mailing address, and total worker positions needed, under the application.

| | | |
|---|---|---|
| 1. Legal business name * CITY PINE STRAW AND HARVESTING LLC | | |
| 2. Trade name/Doing Business As (DBA), if applicable N/A | | |
| 3. Address 1 * 200 Minnow Road | | |
| 4. Address 2 N/A | | |
| 5. City * Alma | 6. State * GA | 7. Postal code * 31510 |
| 8. Country * UNITED STATES OF AMERICA | 9. Province N/A | |
| 10. Telephone number * 912-347-0463 | 11. Extension N/A | |
| 12. Federal Employer Identification Number (FEIN from IRS) * [redacted] | 13. NAICS code (must be at least 4-digits) * 1119 | |
| 14. Number of non-family full-time equivalent employees [redacted] | 15. Annual gross revenue [redacted] | 16. Year established 2008 |

17. Type of employer application (choose only one box below) *

- ☐ Individual Employer
- ☑ H-2A Labor Contractor or Job Contractor
- ☐ Association – Sole Employer (H-2A only)
- ☐ Association – Joint Employer (H-2A only)
- ☐ Association – Filing as Agent (H-2A only)

## D. Employer Point of Contact Information

**Important Note**: The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section must be different from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer. For joint employer or master applications filed on behalf of more than one employer under the H-2A program, enter only the contact information for the main or primary employer (e.g., contact for an association filing as joint employer) under the application.

| | | |
|---|---|---|
| 1. Contact's last (family) name * Segura | 2. First (given) name * Francisco | 3. Middle name(s) * N/A |
| 4. Contact's job title * Owner/Operator | | |
| 5. Address 1 * 96 Weaver Street | | |
| 6. Address 2 N/A | | |
| 7. City * Baxley | 8. State * GA | 9. Postal code * 31513 |
| 10. Country * UNITED STATES OF AMERICA | 11. Province N/A | |
| 12. Telephone number * 912-785-7003 | 13. Extension N/A | 14. E-Mail address N/A |

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**



## E. Attorney or Agent Information (If applicable)

| | | |
|---|---|---|
| 1. Is/are the employer(s) represented by an attorney or agent in the filing of this application (including associations acting as agent under the H-2A program)? If "Yes", complete Section E. * | ☑ Yes | ☐ No |

| 2. Attorney or Agent's last (family) name § | 3. First (given) name § | 4. Middle name(s) § |
|---|---|---|
| DILEO | MILAGROS | B |

| 5. Address 1 § |
|---|
| 5195 JIMMY CARTER BLVD STE 202 |
| 6. Address 2 |
| N/A |

| 7. City § | 8. State § | 9. Postal code § |
|---|---|---|
| NORCROSS | GA | 30093 |

| 10. Country § | 11. Province |
|---|---|
| UNITED STATES OF AMERICA | N/A |

| 12. Telephone number § | 13. Extension | 14. E-Mail address |
|---|---|---|
| 404-934-1359 | N/A | GMINTERNATIONALCONSULTANTS@GMAIL.COM |

| 15. Law firm/Business name § | 16. Law firm/Business FEIN § |
|---|---|
| GM INTERNATIONAL CONSULTANTS LLC | [redacted] |

| 17. State Bar number (only if attorney) § | 18. State of highest court where attorney is in good standing (only if attorney) § |
|---|---|
| N/A | N/A |

| 19. Name of the highest court where attorney is in good standing (only if attorney) § |
|---|
| N/A |

## F. Job Offer Information

### a. Job Description

| 1. Job Title * |
|---|
| Farmworker |

| 2. Number of hours of work per week | 3. Hourly Work Schedule * |
|---|---|
| Basic *: 35 Overtime: 0 | A.M. *(h:mm)*: 8 : 00 P.M. *(h:mm)*: 5 : 00 |

| 4. Does this position supervise the work of other employees? * | 4a. If yes, number of employees worker will supervise (if applicable) § |
|---|---|
| ☐ Yes ☑ No | 0 |

5. Job duties – A description of the duties to be performed **MUST** begin in this space. If necessary, add attachment to continue and complete description. *

SEE ADDENDUM

Must be available for entire period specified on job order /ad, Appling & Bacon County Ga, possible weekly/daily hrs: 35-60+;8am-4:30pm. Possible weekend, holiday. Work outdoors; weather may fluctuate hours, (+/-) possible down times. Field work at assigned times, Blueberries, Blackberries, & Strawberries cannot be picked wet, must be dry. Berries are picked according to ripeness /firmness. Pick berries, put into 1-gal dry bucket, carry to trailer to weigh. Pick berries place in buckets carefully & other related activities per SOC/OES45-2092as per onetonline.org. May carry, handle, move, manipulate materials. Hygiene must be observed, wash hands with soap/water, dry completely before & after breaks re-entering fields. Clean areas, housing, fields, trailers, & other work areas. May work according to season task, ¾ guarantee of workdays in contract. Tools provided at no cost to worker. Dependable, reliable, attention

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**



## F. Job Offer Information *(continued)*

### b. Minimum Job Requirements

1. Education: minimum U.S. diploma/degree required *

☑ None ☐ High School/GED ☐ Associate's ☐ Bachelor's ☐ Master's ☐ Doctorate (PhD) ☐ Other degree (JD, MD, etc.)

| 1a. If "Other degree" in question 1, specify the diploma/degree required § | 1b. Indicate the major(s) and/or field(s) of study required § (May list more than one related major and more than one field) |
|---|---|
| N/A | N/A |

2. Does the employer require a second U.S. diploma/degree? * ☐ Yes ☑ No

2a. If "Yes" in question 2, indicate the second U.S. diploma/degree and the major(s) and/or field(s) of study required §

N/A

3. Is training for the job opportunity required? * ☐ Yes ☑ No

| 3a. If "Yes" in question 3, specify the number of months of training required § | 3b. Indicate the field(s)/name(s) of training required § (May list more than one related field and more than one type) |
|---|---|
| 0 | N/A |

4. Is employment experience required? * ☑ Yes ☐ No

| 4a. If "Yes" in question 4, specify the number of months of experience required § | 4b. Indicate the occupation required § |
|---|---|
| 3 | Picking Berries or farmwork |

5. Special Requirements - List specific skills, licenses/certifications, and requirements of the job opportunity. *

SEE ADDENDUM

Must show proof of legal authority to work in the
Extensive Sitting

### c. Place of Employment Information

1. Worksite address 1 *
275-313 Wright Drive

2. Address 2
N/A

| 3. City * | 4. County * |
|---|---|
| Baxley | Appling |

| 5. State/District/Territory * | 6. Postal code * |
|---|---|
| GA | 31513 |

7. Will work be performed in multiple worksites within an area of intended employment or a location(s) other than the address listed above? * ☑ Yes ☐ No

7a. If Yes in question 7, identify the geographic place(s) of employment with as much specificity as possible. If necessary, submit an attachment to continue and complete a listing of all anticipated worksites. §

State Area Based On Area
1. Georgia Other 1821 MLK Dr Baxley, Baxley GA 31513
2. Georgia Other 200 Minnow Rd., Alma, GA 31510
3. Georgia Other County Farm Rd., Baxley, GA 31513
4. Georgia Other 1400 Oak Ridge Rd.Baxley, GA 31513
5. Georgia Other 257-299 Berry Drive, Baxley, GA 31513

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**



## G. Rate of Pay

| 1. Basic Rate of Pay Offered * | 1a. Overtime Rate of Pay *(if applicable)* § |
|---|---|
| From: $ 10 . 62 To (Optional): $ 0 . 00 | From: $ 0 . 00 To (Optional): $ 0 . 00 |

2. Per: (Choose only one) * ☑ Hour ☐ Week ☐ Bi-Weekly ☐ Month ☐ Year ☐ Piece Rate

2a. If Piece Rate is indicated in question 2, specify the wage offer requirements: §
N/A

3. Additional Wage Information (e.g., multiple worksite applications, itinerant work, or other special procedures). If necessary, add attachment to continue and complete description. §

SEE ADDENDUM

Blueberries .50/LB
Blackberries $3.00 small flat
Blackberries$4.00 large flat

## H. Recruitment Information

1. Name of State Workforce Agency (SWA) serving the area of intended employment *
Georgia Department of Labor

| 2. SWA job order identification number * | 2a. Start date of SWA job order * | 2b. End date of SWA job order * (In H-2A this date is 50% of contract period) |
|---|---|---|
| GA1023595346 | 01/31/2017 | 05/31/2017 |

3. Is there a Sunday edition of a newspaper (of general circulation) in the area of intended employment? * ☐ Yes ☑ No

| Name of Newspaper/Publication *(in area of intended employment for H-2B only)* * | Dates of Print Advertisement § | |
|---|---|---|
| 4. The Baxley News-Banner | From: N/A | To: N/A |
| 5. N/A | From: N/A | To: N/A |

6. Additional Recruitment Activities for H-2B program. Use the space below to identify the type(s) or source(s) of recruitment, geographic location(s) of recruitment, and the date(s) on which recruitment was conducted. If necessary, add attachment to continue and complete description. *

Employer had contacted former workers and posted flyers on locations frequented by migrant workers.

OMB Approval: 1205-0466
Expiration Date: 05/31/2019

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**



### I. Declaration of Employer and Attorney/Agent

In accordance with Federal regulations, the employer must attest that it will abide by certain terms, assurances and obligations as a condition for receiving a temporary labor certification from the U.S. Department of Labor. Applications that fail to attach Appendix A or Appendix B will be considered incomplete and not accepted for processing by the ETA application processing center.

| | |
|---|---|
| 1. For H-2A Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix A.** § | ☑ Yes ☐ No ☐ N/A |
| 2. For H-2B Applications ONLY, please confirm that you have read and agree to all the applicable terms, assurances and obligations contained in **Appendix B.** § | ☐ Yes ☐ No ☐ N/A |

### J. Preparer

Complete this section if the preparer of this application is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1. Last (family) name § | 2. First (given) name § | 3. Middle initial § |
|---|---|---|
| N/A | N/A | N/A |
| 4. Job Title § N/A | | |
| 5. Firm/Business name § N/A | | |
| 6. E-Mail address § N/A | | |

### K. U.S. Government Agency Use (ONLY)

Pursuant to the provisions of Section 101 (a)(15)(h)(ii) of the Immigration and Nationality Act, as amended, I hereby certify that there are not sufficient U.S. workers available and the employment of the above will not adversely affect the wages and working conditions of workers in the U.S. similarly employed. By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from 03/15/2017 to 08/15/2017.

Certifying Officer
Department of Labor, Office of Foreign Labor Certification

03/16/2017
Determination Date (date signed)

H-300-17039-770257
Case number

CERTIFIED
Case Status

### Public Burden Statement (1205-0466)

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 1 hour to complete the form, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this data collection is required to obtain/retain benefits (Immigration and Nationality Act, 8 U.S.C. 1101, et seq.). Please send comments regarding this burden estimate or any other aspect of this information collection to the Office of Foreign Labor Certification * U.S. Department of Labor * Box 12-200 * 200 Constitution Ave., NW, * Washington, DC *. **Please do not send the completed application to this address.**

H-2A Application for Temporary Employment Certification
Form ETA-9142A

**U.S. Department of Labor**



## ADDENDUM

ADDENDUM SECTION F.a.5: Additional Notes Regarding Job Duties

to detail, complete tasks required. Must practice self-control, and avoid aggressive behavior. Required good hand/eye coordination to quality pick. No smoking, chewing tobacco, alcohol on premises, no cell phone use during work hrs. Housing provided any worker (US/foreign) can't reasonably return to own residence daily. $10.62/hr. piece rate may apply: $.50/lb. will not result in less earnings of hourly rate at the end of pay period. Worker will be paid appropriate hourly rate as well. Must be 18 years of age. Drug, alcohol free work zone. Must show proof of legal authority to work in the U.S. ,3 months verifiable experience picking berries is required to apply.

H-2A Application for Temporary Employment Certification
Form ETA-9142A

**U.S. Department of Labor**



## ADDENDUM

ADDENDUM SECTION F.b.5: Special Requirements

Extensive Pushing and Pulling
Extensive Walking
Exposure to Extreme Temp
Frequent Stooping
Lifting requirement 30 lbs.
Repetitive Movements

Employer will conduct possible random drug testing. If accident occurs during work hours' drug test will be done immediately. Denial or failure of drug test results in termination of employment

Training will be provided: Must have good hand/eye coordination to perform tasks

H-2A Application for Temporary Employment Certification
Form ETA-9142A
**U.S. Department of Labor**



## ADDENDUM

ADDENDUM SECTION F.c.7: Additional Worksites

State Area Based On Area

6. Georgia Other 378-1199 Campground Rd., Baxley, GA 31513
7. Georgia Other 275-313 Wright Drive Baxley, GA 31513
8. Georgia Other 257-299 Berry Drive Baxley, GA 31513
9. Georgia Other 1821 MLK DR. Baxley, GA 31513
10. Georgia Other 200 Minnow Rd. Alma, GA 31510
11. Georgia Other 200 Minnow Rd. Alma, GA 31510
12. Georgia Other 1400 Oak Ridge Rd. Baxley, GA 31513
13. Georgia Other 1669 County Farm Rd., Baxley, GA

H-2A Application for Temporary Employment Certification
Form ETA-9142A

**U.S. Department of Labor**



## ADDENDUM

ADDENDUM SECTION G.3: Additional Wage Information

$10.62/hour guarantee