# EXHIBIT D



U.S. Department Labor
Employment and Training Administration

OMB Control No. 1205-0134 Expiration Date: March 31, 2019

**Agricultural and Food Processing Clearance Order ETA Form 790**
**Orden de Empleo para Obreros/Trabajadores Agrícolas y Procesamiento de Alimentos**

(Print or type in each field block – To include additional information, go to block # 28 – Please follow Step-By-Step Instructions)
(Favor de usar letra de molde en la solicitud – Para incluir información adicional vea el punto # 28 – Favor de seguir las instrucciones paso-a-paso)

| | |
|---|---|
| 1. Employer's and/or Agent's Name and Address (Number, Street, City, State and Zip Code / Nombre y Dirección del Empleador/Patrón y/o Agente (Número, Calle, Ciudad, Estado y Código Postal): | **Nos. 4 through 8 for STATE USE ONLY** **Números 4 a 8 para USO ESTATAL** |

City Pinestraw & Harvesting, LLC
96 Weaver St.
Baxley, GA 31513

a) Federal Employer Identification Number (FEIN) / Número federal de Identificación del Empleador: ▓▓▓▓▓▓▓

b) Telephone Number / Número de Teléfono
(912) 347-0463

c) Fax Number / Número de Fax:
(912) 785-7003

d) E-mail Address / Dirección de Correo Electrónico:

| 4. SOC (O*NET/OES) Occupational Code / Código Industrial: | 5.Job Order No. / Núm. de Orden de Empleo: |
|---|---|
| 45-2092.02 | |

a. SOC (ONET/OES) Occupational Title / Título Ocupacional

Farmworkers & Laborers

1900178796

6. Address of Order Holding Office (include Telephone number) / Dirección de la Oficina donde se radica la oferta (incluya el número de teléfono):   148 A. Y. Int'l Blvd. # 450
Atlanta, GA 30303

a. Name of Local Office Representative (include dire Agriculture Services
Representante de la Oficina Local (Incluya el número d 404-232-3500

| 2. Address and Directions to Work Site / Domicilio y Direcciones al lugar de trabajo: | 7. Clearance Order Issue Date / Fecha de Emisión de la Orden de Empleo: |
|---|---|

275-313 Wright Drive, Baxley, GA 31513
257-299 Berry Drive, Baxley, GA 31513
1821 MLK Dr., Baxley, GA 31513
200 Minnow Rd., Alma, GA 31510
5875 Zoar Rd., Baxley, GA 31513
Old Ben Carter Rd., Baxley, GA 31513

**Directions attached/ direcciones anexas**
Additional information on Box 28 item 2

Informacion adicional en la caja 28 artículo 2

7. Clearance Order Issue Date: 12-28-17

8. Job Order Expiration Date / Fecha de Vencimiento o Expiración de la Orden de Empleo:
6-25-18

9. Anticipated Period of Employment / Período anticipado o previsto de Empleo:
From / Desde: 02/28/2018     To / Hasta: 10/20/2018

10. Number of Workers Requested I Número de Trabajadores Solicitados:
40

| 3. Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda: | 11. Anticipated Hours of Work per Week / Horas Anticipadas/Previstas de Trabajo por Semana. Total: 35 |
|---|---|

a)  Description of Housing / Descripción de la vivienda
**Wood frame building & single wide mobile home**
casa de madera y casa mobile

200 Minnow Road, Alma, GA. 31510

**Additional information on Box 28 Item 3**

Información adicional en la Caja 28 Articulo 3

Total: 35
Sunday / Domingo_____     Thursday /Jueves_6_____
Monday / Lunes ___6___     Friday I Viernes__6_____
Tuesday / Martes ___6___     Saturday / Sábado _5_____
Wednesday / Miércoles __6____
Worker may be offered but not required to work more hours per day and/or on the Sabbath or Federal holidays depending upon the conditions in the fields, weather, or maturity of the crop. Possible weekends/holidays. Trabajador puede ser ofrecido, pero no obligado a trabajar más horas por día y/o en el sábado o días festivos, dependiendo de las condiciones en los campos, el clima o la madurez de la cosecha. Posible los fines de semana/festivos.

12. Anticipated range of hours for different seasonal activities: / Rango previsto de horas para las diferentes actividades de la temporada:
35 hours/horas, approximately/aproximadamente 8:00 AM to/a 3:00PM

13. Collect Calls Accepted from: / Aceptan Llamadas por Cobrar de:
Employer / Empleador: Yes / Si  No X

RECEIVED
Georgia Dept of Labor

DEC 27 2017

Alien Labor Certification
Workforce Solutions

14. Describe how the employer will provide the three meals a day, including whether the worker is charged for meals and the deduction amount / Describe como el empleador proveerá las tres comidas al día, incluyendo si se le cobrará al trabajador por las comidas y el importe de la deducción; o proporcione gratuitamente instalaciones para cocinar. Indique si el empleador tiene la intención de ofrecer, ya sea 3 comidas al día a cada trabajador, o proporcionar gratuitamente instalaciones para cocinar.

__NA__ Workers will be provided with 3 meals a day or _X_ employer will furnish free and convenient cooking and kitchen facilities to workers to prepare their own meals, if the charge for meals provided by the employer is NA

If employer provide workers three meals per day, will deduct $12.07 per day from each worker for meals.

Si el empleador proporciona a los trabajadores tres comidas por día, deducirá $12.07 por día de cada trabajador para las comidas.

The employer will furnish free cooking and kitchen facilities to those workers who are entitled to live in the employer's housing so that the workers may prepare their own meals. Workers will be transported to the grocery store to buy their own groceries at least once a week. The kitchen and/or other common areas will be shared. Housing includes water and electric and is furnished with beds, mattresses, lockers for storing personal items, cooking and eating utensils, stove and refrigerator, table and chairs, garbage can, cupboard or shelves for food storage, smoke and fire detectors. No charge will be made for beds and similar items furnished to workers to whom housing is provided unless unlawfully removed or damaged beyond normal wear and tear. Workers will be provided a telephone number where they may be contacted in case of emergency while residing in the housing.

El empleador proporcionara insta/acciones de cocina gratis a los trabajadores que tengan derecho a vivir en la vivienda del empleador, así pueden preparar sus propias comidas. Los trabajadores estarán transportados para el mercado a comprar su propio mercado por lo menos una vez por semana. La cocina y otras Áreas comunes se compartirían. La vivienda incluye agua y electricidad e incluye las camas, colchones armarios para guardar cosas personales, utensilios de cocina, estufa y refrigerador, mesa y sillas, basurero, gabinetes para guardar la comida, y detectores de humo y fuego. No se cobrará ningún cargo por camas y artículos similares proporcionados a las trabajadoras a los que se les otorgue vivienda bajo contrato a menos que sean retirados sin permiso o da fiados más allá del uso y desgaste normal. A las trabajadoras se proporcionará un número de teléfono donde puede ser contactado en caso de emergencia, mientras que residan en la vivienda.

15. Referral Instructions and Hiring Information / Instrucciones sobre cómo Referir Candidatos/Solicitantes - (Explain how applicants are to be hired or referred, and the Employer's/Agent's available hour to interview workers / Explique cómo los candidatos serán contratados o referidos, y las horas disponibles del empleador/agente para entrevistar a los trabajadores). See instructions for more details / Vea las instrucciones para más detalles.

Applicants will be accepted from all sources. Only applicants that meet all the qualifications on the job order should be referred by the SWA, including availability to work the whole contract, work in inclement weather (rain, heat, cold) In the event the employer receives phone calls, or walk in applicants, employer will inform of requirements and will consider workers based on employers qualifications. Solicitudes serán aceptadas de todas las fuentes. Sólo los solicitantes que cumplan todos los requisitos de la orden de trabajo deben ser remitidas por la SWA, incluida la disponibilidad de trabajar la totalidad del contrato de trabajo, el trabajo en condiciones meteorológicas adversas (lluvia, calor, frío) en el caso de que el empresario recibe llamadas telefónicas, o los solicitantes se presentan en persona, el empresario informará de los requisitos y examinará los empleadores trabajadores basados en calificaciones

The employer will provide each worker with a copy of the ETA 790 including any approved modification, in English and Spanish, as required in CFR 655.122(q).)

El empleador proporcionará a cada trabajador con una copia de la ETA 790 incluyendo cualquier modificación aprobada, en inglés y en español, como se requiere en el CFR 655.122(q))

Attached applications can call City Pinestraw & Harvesting, LLC., at (912) 347-0463 or Fax (912)785-7003 Monday thru Thursday 9:00am – 2:00pm

Anexas aplicaciones pueden llamar City Pinestraw & Harvesting, LLC., al (912) 347-0463 o Fax (912)785-7003 el lunes al jueves 9:00am – 2:00pm.

16. Job description and requirements / Descripción y requisitos del trabajo: additional information in Box 28 Item 16/Mas información en Caja 28 Articulo 16

City Pinestraw & Harvesting, LLC., 40 temporary farmworkers (Baxley, GA) 02/28/2018 to 10/20/2018, available for the whole period. Work in inclement weather (rain, heat, cold, hot, humid) weather may fluctuate work hours (+/-); possible downtimes. $10.95/hour 35 hours a week. Workers will pick strawberries and blueberries; that are dry and according to color, ripeness and firmness. Workers will be harvesting strawberries and blackberries and inserting them into flats by hand. Workers may lift and carry up to 60 lbs. **Three months of verifiable farm-work experience required.** Tools are provided by employer at no cost. 3/4. Must show proof of Legal authority to work in USA. Must be 18 years old. Go to the closest Georgia Department of Labor or call (404) 232-3500 more information on Box 28 line 16.

City Pinetsraw & Harvesting, LLC., 40 Trabajadores agrícolas temporales (Baxley, GA) 02/28/2018 hasta 10/20/2018 disponible para todo el período. Trabajar en mal tiempo (lluvia, calor, frío, caliente, húmedo) el tiempo puede fluctuar las horas de trabajo (/-); posibles tiempos de inactividad $10.95 horas 35 a la semana. Los trabajadores escogerán fresas y arándanos secos y de acuerdo al color, madurez y firmeza. Los trabajadores van a recolectar fresas y moras e introducirlas en cajas planas a mano. Trabajadores podrán levantar y llevar hasta 60 libras es trabajo en intemperie incluyendo clima extremadamente caliente, húmedo, frío y lluvioso. **Tres meses de trabajo de granja comprobable experiencia.** Herramientas son proporcionadas por el empleador sin ningún costo. 3/4 garantizados. Debe mostrar prueba de autoridad legal para trabajar en Estados Unidos. Debe ser 18 años de edad. Ir al Georgia Department of Labor o llame al (404) 232-3500 más información en caja 28 línea 16.

Is previous work experience preferred? / Se prefiere previa experiencia? Yes/Si _X_ No __ If yes, number of months preferred. / Si es así, numero de meses de experiencia: __3__

**2. Check all requirements that apply: more information box 28 line 16**

☐ Certification/License Requirements / Certificación/Licencia Requisitos
☐ Driver Requirements / Requisitos del conductor
☒ Employer Will Train / Empleador entrenará o adiestrará (2 days/días)
☒ Extensive Sitting / Estar sentado largos ratos
☒ Exposure to Extreme Temp. / Expuesto a Temperaturas Extremas
☒ Lifting requirement /Levantar o Cargar ___60___ lbs./libras
☒ Repetitive Movements / Movimientos repetitivos

☐ Criminal Background Check / Verificación de antecedentes penales
X☐ Drug Screen / Detección de Drogas/upon accident/por accidente
☒ Extensive Pushing and Pulling / Empujar y Jalar Extensamente
☒ Extensive Walking / Caminar por largos ratos
☒ Frequent Stooping / Inclinándose o agachándose con frecuencia
☒ OT/Holiday is not mandatory / Horas Extras (sobre tiempo) / Días Feriados no obligatorio

**17. Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)**

| Crop Activities | Hourly Wage/ | Piece Rate / Unit(s) | Special Pay (Bonus, etc) | Deductions* | Yes/Sí | No | Pay Period / |
|---|---|---|---|---|---|---|---|
| Cultivos Trabajo de campo | Salario por Hora $10.95 por hora | Pago por Pieza / Unidad(es) | Pagos Especiales (Bono, etc.) | Deducciones | | | Período de Pago |
| Farmwork;/trabajo de campo/ Blueberries | $10.95 guaranteed/ garantizado | $.50 per pound $.50 por libra | | Social Security / Seguro Social | X | | Weekly / Semanal ☒ |
| Strawberries/Fresas | $10.95 per Hour/ $10.95 por hora | $3.00 Flat $3.00 por caja | | Federal Tax / Impuestos Federales | X | | Saturday/Sabado |
| Blackberries/Mora | $10.95 per hour $10.95 por hora | $3.00 flat/ $3.00 por caja | | Statel Tax / Impuestos Estadales | X | | Bi-weekly/ Quincenal ☐ |
| Pinestraw | $10.95 per hour $10.95 por hora | $.85 bale $.85 paca | | Meals / Comidas | | X | |
| | | | | Other (specify) / Otro (especifica) damages/danos | X | | Monthly/Mensual ☐ |

**18. More Details About the Pay / Mas Detalles Sobre el Pago:**

Earnings récords will be maintained in accordance with 655.12(j) through (m). On or before each payday, each worker will be given an hours and earnings statement showing the beginning and ending dates of pay period, employer name, address, and federal identification number (FEIN), hours offered, hours actually worked, hourly rate and/or piece rate of pay, and if piece rates are used, the units produced daily. The hours and earnings statement will also indicate total earnings for the pay period and all deductions from wages.

Los archivos de ganancias serán mantenidos de acuerdo con 655.122 (j) por (m). A más tardar cada día de pago, a cada trabajador se le dará un informe de Fechas del comienzo y fin del periodo de pago, Nombre y dirección del empleador y Numero federal de identificación del empleador (FEIN), horas y ganancias mostrando las horas ofrecidas, las horas efectivamente trabajadas, el pago por hora y / o por unidad, y si utiliza el pago por unidad, las unidades producidas diariamente. El informe de horas y ganancias también indicara los ingresos totales por el periodo de pago y todas las deducciones salariales.

**First Work Week Guarantee.** Employer offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total work contract period

**Primera Semana Garantizada**. El empleador ofrecerá al trabajador de empleo para un número total de horas de trabajo igual a por lo menos tres cuartas partes de los días de trabajo del total de ganancias por periodo de contrato de trabajo registros y declaraciones.

**Earnings Records and Statements.** Employer will furnish the worker on or before each payday writing hours and earnings statements meeting the regulatory requirements at 20 CFR 655.122(k)

All earnings records and statements will be available for inspection or transcription by the Secretary or a duly authorized and designated representative, and by the worker and representatives designated by the worker

If the worker is paid on a piece rate basis and at the end of the pay period the piece rate does not result in average hourly piece rate earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate.

**Registro de Pagos e Ingresos.** El empleador proporcionará al trabajador en o antes de cada día de pago por escrito horas declaraciones de ganancias y cumplir los requisitos regulatorios en 20 CFR 655.122(k)

Todos los registros de ingresos y declaraciones estarán disponibles para la inspección o transcripción por el Secretario o un representante designado y debidamente autorizado, y por el trabajador y los representantes designados por el trabajador.

Si el trabajador se paga en base a destajo y al final del período de pago de la tasa de la pieza no da lugar a destajo las ganancias medias por hora durante el periodo de pago, al menos, igual a la cantidad que el trabajador hubiera ganado el trabajador había sido pagado a la tarifa horaria correspondiente.

**19. Transportation Arrangements / Arreglos de Transportación**

Reimbursement for inbound transportation and subsistence costs from the place the worker has come to work, whether in the U.S. or abroad, to the place of employment will be paid to the worker upon completion of 50% of work contract period. Transportation/daily subsistence reimbursed @ 12.07 to a maximum of $51.00 per day with receipts for costs incurred for reporting to worksite with corresponding pay stub, if the worker completes half the employment period. Transportation between housing and worksite will be provided daily at no cost to the worker.

Outbound transportation and subsistence will be provided /paid by the employer where the worker completes the work contract period, or is terminated without cause, and no subsequent H-2A employment is available.

Reembolso de gastos por concepto de subsistencia (comidas) y transporte desde el lugar que el trabajador ha venido a trabajar, ya sea en Estados Unidos o en el extranjero, al lugar de trabajo serán pagados al trabajador al finalizar el 50% del periodo de contrato de trabajo. Transporte/subsistencia reembolsados @ 12.07 hasta un máximo de $51.00 por día con recibos de gastos para la presentación de informes a la obra con el correspondiente talón de pago, si el trabajador finaliza la mitad del período de empleo.

**19. Transportation Arrangements/Arreglos de Transportacion**

El transporte entre la vivienda y el trabajo será proporcionado diariamente sin costo para el trabajador. Transporte de regreso, comidas y transporte será proporcionado /pagada por el empleador cuando el trabajador finaliza el periodo de contrato de trabajo, o se rescinde sin causa y no empleo de H-2A adicional está disponible.

20. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, and/or pay workers for this (these) crop activity (ies)? / ¿Es la práctica habitual usar Contratistas de Trabajo Agrícola para reclutar, supervisar, transportar, dar vivienda, y/o pagarles a los trabajadores para este(os) tipo(s) de cosecha(s)? __Yes / Si _X_ No
If you have checked yes, what is the FLC wage for each activity? / Si contesto "Si," cuál es el salario que le paga al Contratista de Trabajo Agrícola por cada actividad?

21. Are workers covered for Unemployment Insurance? / ¿Se le proporcionan Seguro de Desempleo a los trabajadores? ___ Yes/Si _X_ No

22. Are workers covered by workers' compensation? / ¿Se le provee seguro de compensación/indemnización al trabajador: _X_ Yes/SiNo

Employer will provide workers' compensation in compliance with State law covering injury and disease arising out of and in the course of employment
El empleador proporcionará seguro de accidentes de trabajo a los trabajadores en cumplimiento con la ley estatal que cubre las lesiones y enfermedades derivadas de y en el curso de empleo

23. Are tools, supplies, and equipment provided at no charge to the workers? / ¿Se les proveen herramientas y equipos sin costo alguno a los trabajadores? _X_ Yes/SiNo

Employer will provide tools and equipment to perform job free of charge to the worker
El empleador proporcionará herramientas y equipamiento para realizar el trabajo de forma gratuita para el trabajador

24. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None".) / Enumere todos los acuerdos o convenios hechos con los propietarios del establecimiento o sus agentes para el pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, indique "Ninguno".)
None/Ninguno

25. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed. (If there are no such incidents, enter "None".) / Enumere toda huelga, paro o interrupción de operaciones de trabajo por parte de los empleados en el lugar de empleo. (Si no hay incidentes de este tipo, indique "Ninguno".)
None/Ninguno

26. Is this job order to be placed in connection with a future Application for Temporary Employment Certification for H–2A workers? / ¿Esta orden de empleo ha sido puesta en conexión con una futura solicitud de certificación de empleo temporal para trabajadores H-2A? _x_ Yes/Si ___No

27. Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. / Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones del empleo que se le ofrece, y contiene todos los términos y condiciones materiales ofrecidos.

**Francisco Segura - FLC**
Employer's Printed Name & Title / Nombre y Título en Letra de Molde/Imprenta del Empleador

*Francisco Segura*                12/23/2018

Employer's Signature / Firma y Título del Empleador Date / Fecha

READ CAREFULLY, In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the Employment and Training Administration (ETA) nor the State agencies are guarantors of the accuracy or truthfulness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the American Job Center constitute a contractual job offer to which the American Job Center, ETA or a State agency is in any way a party.
LEA CON CUIDADO, En vista de la función básica del Servicio de Empleo establecida por ley, como una entidad de intercambio laboral sin comisiones, es decir, como un foro para reunir a los empleadores y los solicitantes de empleo, ni ETA ni las agencias del estado pueden garantizar la exactitud o veracidad de la información contenida en las órdenes de trabajo sometidas por los empleadores. Ni ninguna orden de trabajo aceptado o contratado en el Centro de Carreras (American Job Center) constituyen una oferta de trabajo contractuales a las que el American Job Center, ETA o un organismo estatal es de ninguna manera una de las partes.

PUBLIC BURDEN STATEMENT
The public reporting burden for responding to ETA Form 790, which is required to obtain or retain benefits (44 USC 3501), is estimated to be approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. The public need not respond to this collection of information unless it displays a currently valid OMB Control Number. This is public information and there is no expectation of confidentiality. Send comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing this burden, to the U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.
DECLARACION DE CARGA PÚBLICA
La carga de información pública para responder a la Forma ETA 790, que se requiere para obtener o retener beneficios (44 USC 3501), se estima en aproximadamente 60 minutos por respuesta, incluyendo el tiempo para revisar las instrucciones, buscar fuentes de datos existentes, recopilar y revisar la colección. El público no tiene por qué responder a esta recopilación de información a menos que muestre un número de control OMB válido. Esta información es pública y no hay ninguna expectativa de confidencialidad. Envíe sus comentarios acerca de esta carga o cualquier otro aspecto de esta colección, incluyendo sugerencias para reducir esta carga, al U.S. Department of Labor, Employment and Training Administration, Office of Workforce Investment, Room C-4510, 200 Constitution Avenue, NW, Washington, DC 20210.

**28. Use this section to provide additional supporting information (including section Box number). Include attachments, if necessary. / Utilice esta sección para proporcionar información adicional de apoyo; incluya el numero de la sección e incluya archivos adjuntos, si es necesario.**

**Item 2 (Additional Information) Address and Directions to Work Site / Domicilio y Direcciones al lugar de trabajo:**
Worksite and directions attached/ Direcciones a los lugares de trabajo estan adjuntas

**City Pinestraw & Harvesting, LLC.,**

| | | |
|---|---|---|
| 275-313 Wright Drive, Baxley, GA 31513 | 257-299 Berry Drive, Baxley, GA 31513 | 1821 MLK Dr., Baxley, GA 31513 |
| 200 Minnow Rd., Alma, GA 31510 | Zoar Rd., Baxley, GA 31513 | Old Ben Carter Rd.., Baxley, GA 31513 |

   Workers Will be rotating the worksites depending on production, maturity, weather, and packing delivery schedules of each location.

Los trabajadores estarán rotando dependiendo de la producción, la madurez, el tiempo, y los horarios de entrega de empaque de cada ubicación.

**Item 3 (Additional Information) Address and Directions to Housing / Domicilio y Direcciones al lugar de vivienda:**

| Housing Address/Domecilio de Vivienda | Housing Directions | Direcciones de la vivienda |
|---|---|---|
| 200 Minnow Road, Alma, GA 31510 | From 02/28/2018 | De 10/20/2018 |

Family housing is not available. Housing is not provided to non-workers. Separate toilet facilities shall be provided by the employer for males and females. Workers who reside in employer provided housing agree to be responsible for maintaining the housing in a neat and clean manner. Before occupancy, housing shall be in compliance with all local, state, and federal standards. Workers residing in employer provided housing are expected to maintain their living quarters to standards posted on the property and shall promptly report problems to the employer. Workers shall cooperate with other workers assigned to same housing in maintaining kitchen, dining, bathroom and living areas in the same general condition the unit was in prior to occupancy. The employer retains possession and control of the employee provided housing at all times. Workers provided housing under the terms of this job order shall vacate the housing promptly upon termination of employment. Workers residing in employer housing may have mail directed to them at the employers mailing address in Box 1.

Vivienda familiar no está disponible para gente que no trabajan. Instalaciones de aseo serán proporcionadas por el patrono para machos y hembras. Los trabajadores que residen en empleador proporcionado vivienda aceptan ser responsable para el mantenimiento de la vivienda de una manera aseada y limpia. Antes de ocupación, vivienda será conforme a los estándares locales, estatales y federales. Trabajadores que residan en empleador proporcionada vivienda esperan mantener sus viviendas a estándares en la propiedad y deberán reportar con prontitud problemas al empleador. Los trabajadores deberán cooperar con otros trabajadores asignados a la misma vivienda en mantener la cocina, comedor, baño y salón en la misma condición general que la unidad era de antes de la ocupación. El empleador conserva la posesión y el control del empleado proporcionado vivienda en todo momento. Los trabajadores de la vivienda en los términos de esta orden de trabajo deberán desocupar la vivienda inmediatamente a la terminación del empleo. Trabajadores que residan en la vivienda del empleador pueden tener correo electrónico dirigido a ellos en los patrones de dirección en el cuadro 1.

**Box 9: <u>Anticipated Period of Employment/ Anticipacion Periodo de Trabajo</u>**

From the time, the foreign workers depart for the employer's place of employment, the employer will provide employment to any qualified, eligible U.S. worker who applies to the employer until 50 percent of the period of the work contract has elapsed, unless exempted under CFR 655.135. An extension of employment beyond the period of employment specified in the job order shall not relieve the employer  from paying the wages already earned, providing transportation, or paying return transportation expenses. No bonus, work incentive payments or other expenses are conditional upon employment beyond the period of employment specified in the job order. The employer will report workers who a) voluntarily abandon employment before the end of the contract period or workers who are terminated for cause, to the Chicago National Processing Center, and H-2ª workers to the Department of Homeland Security, in writing or other approved method, not later than two (2) days after abandonment or termination occurs. Abandonment will be deemed to begin after a worker fails to report for work at the regularly scheduled time for five (5) consecutive working days without the consent of the employer. The employer will not be responsible for providing or paying for reported workers a) subsequent transportation and subsistence expenses, and b) the workers will not be entitled to the three-quarters guarantee. All request for leave of absence must be made to the employer in writing. All absences will be counted towards hours offered for the purpose of the three-quarters guarantee.

 Desde el momento, los trabajadores extranjeros salen para el lugar del empleador del empleo, el empleador proporcionará empleo a cualquier trabajador de Estados Unidos calificado, los que se aplica al empleador hasta que haya transcurrido el 50% del periodo del contrato del trabajo, a menos que la exención bajo CFR 655.135.

Unas extensiones de empleo más allá del período de trabajo especificado en la orden de trabajo no eximen al empleador de pagar los salarios ya devengados, proporcionando transporte, o pagar los gastos de transporte de retorno. Ningún bono, incentivos de trabajo u otros gastos están condicionadas al empleo más allá del período de trabajo especificado en la orden de trabajo. El empleador reportara de los trabajadores que abandonan a) voluntariamente el empleo antes de finalizar el período del contrato o que son terminados por causa, el centro de procesamiento Nacional de Chicago y los trabajadores de H-2A Departamento de seguridad nacional, en la escritura u otro método aprobado, no más de dos 2 días después abandono o terminación ocurre. Se considerará abandono de comenzar después de que un trabajador no trabajo en el horario habitual de 5 cinco días hábiles consecutivos sin el consentimiento del empleador. El empleador no será responsable de proporcionar o pagar los trabajadores divulgado a) posterior transporte y gastos de estancia, y b) los trabajadores no tendrán derecho a la garantía de las tres cuartas partes. Toda solicitud de licencia debe hacerse al empleador por escrito. Toda la ausencia se contará hacia horas ofrecidos con el fin de la garantía de las tres cuartas partes.

**<u>Box 11: Anticipated Hours/ Horas Anticipadas Previstas de Trabajo por Semana</u>**

Workers will report to work at the designated time and place as directed by the employer each day. The standard work week is 6 hours per day Monday-Friday and 5 hours on Saturday.  Workers may be offered more than the specified hours of work in a single work day.  Workers may volunteer to work additional hours when work is available. Workers may be requested to work on federal holidays and on the Sabbath but will not be required to do so. Federal holidays are New Year's Day, January 1; Martin Luther King, Jr.'s birthday, the third Monday in January; Washington's birthday, the third Monday in February; Memorial Day, the last Monday in May; Independence Day, July 4; Labor Day, the first Monday in September; Columbus Day, the second Monday in October; Veteran's Day, November 11; Thanksgiving Day, the fourth Thursday in November; and Christmas Day, December 25.

Informan de los trabajadores a trabajar a la hora designada y poner como lo indique el empleador cada día. La semana de trabajo estándar es de 6 horas diarias de lunes a viernes y 5 horas el sábado. Los trabajadores pueden ofrecerse más que el especificado horas de trabajo en una sola jornada. Trabajadores pueden ofrecerse voluntariamente trabajar horas adicionales cuando el trabajo está disponible. Los trabajadores pueden solicitarse para trabajar en días feriados federales y en el día de reposo, pero no estarán obligados a hacerlo. Días festivos federales son de año nuevo, 1 de enero; Cumpleaños de Martin Luther King, Jr., el tercer lunes de enero; Washington de cumpleaños, el tercer lunes de febrero; Memorial Day, el último lunes de mayo; Día de la independencia, el 4 de julio; Día del trabajo el primer lunes de septiembre; Día de la raza, el segundo lunes de octubre; Día de los veteranos, 11 de noviembre; Día de acción de gracias, el cuarto jueves de noviembre; y el día de Navidad, el 25 de diciembre.

**Box 12: Caja 12 Anticipated Range of hours for different seasonal activities/ Rango de horas para actividades estacionales**

Workers should expect occasional periods of little or not work because of weather, crop, or other conditions beyond the employers control. These periods can occur anytime throughout the season.
Los trabajadores deben esperar periodos ocasionales de poco o ningún trabajo debido al clima, los cultivos O otras condiciones fuera de control del empleador. Estos periodos pueden ocurrir en cualquier momento durante la temporada.

**Box 15: Referral Instructions and Hiring Information/ Instucciones sobre como Referir Candidatos/Solicantes**

In the event of an amendment to the date of need, the employer requests that the state employment service attempt to inform referred Migrant workers of the change. If the employer fails to notify the order-holding office of a delay in the date of need at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the clearance system that report for work and have made the required notice of availability to the job service office for the first week starting with the originally anticipated date of need. Failure by the worker to contact the local job service office or the order holding office to verify the date of need no sooner than 9 working days and no later than 5 working days prior to the original date of need in the job order will disqualify the referred migrant worker from the assurance provided in this section.

**Cuadro 15: Instucciones sobre como Referir Candidatos/Solicantes**

En caso de una modificación de la fecha de necesidad, el empleador solicita que el servicio estatal de empleado intente informar a los trabajadores migrantes remitidos sobre el cambio. Si el empleador no notifica a la oficina que tiene la orden sobre un retraso en la fecha de necesidad, al menos 10 días hábiles antes de la fecha original de la necesidad, el empleador debe pagar a los trabajadores elegible, remitidos a través del sistema de compensación que se reporten a trabajar y hayan hecho el anuncio requerido de disponibilidad a la oficina de servicios de empleo para la primera semana a partir de la fecha inicialmente prevista de la necesidad. El incumplimiento del trabajador en contractar a la oficina de servicio de trabajo local oficina que tiene el contrato para verificar la fecha de necesidad, no antes de 9 días laborales y en el plazo de 5 días hábiles antes de la fecha original de la necesidad en la orden de trabajo, inhabilitara al trabajador migrante de la garantía expresada en esta condición.

**16.Job description and requirements / Descripción v requisitos del trabajo:**

**Work Nature**

 Work in inclement weather (rain, heat, cold, hot, humid) $10.95/hour 35 hours a week. Workers will be picking blueberries by hand. Workers may lift and carry up to 60 lbs. Work is in inclement weather conditions including extremely hot, humid, cold, and/or rainy weather. Worker Three months of verifiable blueberry picking **farm-work experience required**. Tools are provided by employer at no cost. 3/4 guaranteed. Must show proof of legal authority to work in USA. Must be 18 years old.  Long sleeve shirts and long pants are recommended to minimize contact with the plants and thereby reduce the exposure to cuts and scrapes caused by the plants. Perform prolonged walking over uneven ground in dusty or muddy conditions, bending and reaching. Work is outside in extremely wet, humid, hot, and dirty conditions. 3 months verifiable experience required. Wash hands before and after picking blueberries and after every break. Workers will pick strawberries and blueberries that are dry, they cannot be picked wet. Strawberries and Blueberries will be picked according to color of ripeness, firmness. Workers will be harvesting strawberries and blackberries and inserting them into flats boxes by hand Harvest; ride on picker, restack lugs, place picking mechanism, stack on trailer. Pick berries put into a 1-gallon dry bucket, carry to dumper/weigh. Hoe, till, fertilize, weed, transplant, plant, thin, prune, clean areas, trash, debris sweep, mop, clean restrooms, lugs, trailers. Must have good hand and eye coordination to quality pick the blueberries. Prefer smooth use of machete due to snakes. Workers will rake, bale, tie, stack, pack, load and unload Pinestraw by hand.  Post-accident drug testing at employer's expense. Repetitively walk, bend, reach, kneel, stoop, push, pull and lift and carry up to 60 lbs. Work is in inclement weather conditions including extremely hot, humid, cold, and/or rainy weather. Three months of verifiable blueberry picking **farm-work experience required.**
Employer will conduct drug test at employer's expense if accident occurs during work hours. Denial or failure of drug test results in termination of employment.

 **Training:**

 Workers are expected to possess the skills to work in the production of crops listed in this job order.  The introductory period for all crop activities is 2 days training starting with the first day of employment to acclimate the worker to the physical demands of farm work and to familiarize workers with job specifications and to demonstrate proper harvest methods and **other crop specific issues.** After 2 days' worker not at pace, employer has right to release from job. No smoking, chew tobacco, alcohol, illegal drugs, weapons allowed on premises. No cell phone use during work hours.

 Workers must adhere to all safety rules as instructed by the supervisor. Workers must take care to handle tools, equipment and produce in a manner to avoid injury or damage. The employer will comply with all federal, state and local safety requirements.
Operational specifications can change during the season due to crop or market condition. Workers will be expected to conform to the specific instructions given for each day's work.  Instructions and general supervision will be provided by the employer or a designated employee. Workers will be expected to perform their duties in a timely and proficient manner and will have close supervision to insure adherence to instructions.   Work will be closely monitored and reviewed for quality. Daily individual work assignments, crew assignments and location of work will be made by the employer or designated employee as the needs of the operation dictate. Workers may be assigned a variety of duties in any given day and different tasks on different days.

**16: Itinerary/Itinerario:**

Workers Will be rotating the worksites depending on production, maturity, weather, and packing delivery schedules of each location.

Los trabajadores estarán rotando dependiendo de la producción, la madurez, el tiempo, y los horarios de entrega de empaque de cada ubicación.

| Employer/ Crops Empleador Cultivos: Workers will be planting and harvesting strawberries & blueberries | Workers/trabajadores | Dates: 02/28/2018 – 10/20/2018 |
|---|---|---|
| 275 -313 Wright Drive, Baxley, GA 31513 | 40workers/40trabajadores | 02/28/2018 – 03/30/2018 |
| 257-299 Berry Drive, Baxley, GA 31513 | 40workers/40 trabajadores | 03/31/2018 – 04/30/2018 |
| 1821 MLK Dr., Baxley, GA 31513 | 40workers/40 trabajadores | 05/01/2018 – 05/31/2018 |
| 200 Minnow Rd., Alma, GA 31510 | 40workers/40 trabajadores | 06/01/2018 – 06/30/2018 |
| Zoar Rd, Baxley, GA 31513 | 40workers/40 trabajadores | 07/01/2018 – 07/31/2018 |
| Ben Carter Rd., Baxley, GA 31513 | 40workers/40 trabajadores | 08/01/2018 – 10/20/2018 |

**16: Naturaleza del Trabajo**

Trabajo en clima inclemente (lluvia, calor, frío, calor, humedad) $10.95/hora 35 horas a la semana. Los obreros van a recoger arándanos a mano. Los trabajadores pueden levantar y llevar hasta 60 libras. el trabajo está en condiciones climáticas inclementes, incluyendo climas extremadamente calurosos, húmedos, fríos y/o lluviosos. Trabajador tres meses de recolección de arándanos comprobables experiencia de trabajo agrícola requerida. Las herramientas son proporcionadas por el empleador sin costo alguno. ¾ garantizados. Debe demostrar la prueba de la autoridad legal para trabajar en los E.E.U.U. Debe tener 18 años. Se recomiendan camisas de manga larga y pantalones largos para minimizar el contacto con las plantas y así reducir la exposición a cortes y raspaduras causados por las plantas. Realice caminatas prolongadas sobre terreno irregular en condiciones polvorientas o fangosas, doblando y alcanzando. El trabajo está afuera en condiciones extremadamente húmedas, húmedas, calientes y sucias. 3 meses de experiencia verificable requerida. Lávese las manos antes y después de recoger los arándanos y después de cada pausa. Los trabajadores escogerán los fresas y arándanos secos, no pueden ser recogidos mojados. Las fresas y arándanos se recogerán de acuerdo con el color de madurez, firmeza. Cosecha; montar en el selector, repapilar las cajas, coloque el mecanismo de la cosecha, apila en el acoplado. Recoger las bayas puestas en un cubo seco de 1 galón, llevar a Descargar/pesar. Los trabajadores van a recolectar fresas y moras e introducirlas en cajas planas a mano. Azada, labrar, fertilizar, maleza, trasplante, plantar, delgada, ciruela, áreas limpias, basura, barrido de escombros, trapeador, baños limpios, zapatas, remolques. Debe tener buena coordinación de la mano y del ojo a la calidad elija los arándanos. Prefiera el uso suave de machete debido a las serpientes. Los trabajadores rastrillarán, Bale, atar, apilar, embalar, cargar y descargar pacas de pino a mano. Pruebas de drogas después de un accidente a expensas del empleador. Repetidamente caminar, doblar, alcanzar, arrodillarse, agacharse, empujar, tirar y levantar y llevar hasta 60 libras. el trabajo está en condiciones atmosféricas inclementes incluyendo clima extremadamente caliente, húmedo, frío, y/o lluvioso. Tres meses de recolección de arándanos comprobables requiere experiencia de trabajo. El empleador realizará pruebas de drogas a cargo de los empleadores si ocurre un accidente durante las horas de trabajo. La negación o el fracaso de los resultados de las pruebas de drogas será terminación del empleo.

**16: Naturaleza del Trabajo Entrenamiento continuación**

Se espera que los trabajadores posean las habilidades para trabajar en la producción de los cultivos que figuran en esta orden de trabajo.  El período introductorio para todas las actividades de cultivo es de 2 días de formación comenzando con el primer día de trabajo para aclimatar al trabajador a las demandas físicas del trabajo agrícola y para familiarizar a los trabajadores con las especificaciones de trabajo y para demostrar los métodos apropiados de cosecha y otros temas específicos del cultivo. Después de que el trabajador de 2 días no esté al ritmo, el empleador tiene derecho a liberarse del trabajo. No fumar, masticar tabaco, alcohol, drogas ilegales, armas permitidas en locales. Sin uso de teléfonos celulares durante las horas de trabajo.

Los trabajadores deben cumplir todas las normas de seguridad según lo indique el supervisor. Trabajadores deben tener cuidado para manejar herramientas, equipo y producir de una manera para evitar lesiones o daños. El empleador cumplirá con los requisitos de seguridad federales, estatales y locales.

Especificaciones operacionales pueden cambiar durante la temporada debido a la condición de cultivo o de mercado. Se espera que los trabajadores se ajustan a las instrucciones específicas para trabajo cada día de.  Las instrucciones y supervisión general se proveerán por el empresario o un trabajador designado. El trabajador se espera para realizar sus tareas de manera oportuna y competente y tendrán supervisión estrecha para asegurar el cumplimiento de las instrucciones.   Trabajo ser estrechamente monitoreado y revisado para garantizar su calidad. Las tareas diarias de trabajo individual, tareas de equipo y lugar de trabajo serán hechos por el empleador o empleados como las necesidades del dictado de la operación. Los trabajadores se pueden asignar una variedad de funciones en cualquier día y en diferentes tareas en días diferentes.

**Item 17. Wage Rates, Special Pay Information and Deductions**

| | |
|---|---|
| Farmwork;/trabajo de campo/ Picking blueberries | $.50lb/ $10.95 hour guranateed |
| harvesting strawberries/blackberries | $3.00 a flat |
| Pinestraw | $.85 per bale |

**Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)**

| | |
|---|---|
| Farmwork;/trabajo de campo/ Cosecha de arandanos | $.50libra/ $10.95 por hora garantizado |
| Cosechar Fresas y mora | $3.00 por caja |
| Pacas | $.85 por paca |

**Item 17: Continued/ Articulo 17 Continuacion**

If the worker is to be paid on a piece rate basis, the piece rate shall be no less than the piece rate prevailing for the activity in the area of intended employment. If the piece rate does not result at the end of the pay period in average hourly earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate, the worker's pay shall be supplemented at that time so that the worker's earnings are at least as much as the worker would have earned during the pay period if the worker had been paid at the appropriate hourly wage rate for each hour worked.

Si el trabajador debe ser pagado sobre una base de tarifa de pedazo, la tarifa de pedazo será nada menos que la tasa de obra vigente para la actividad en el área de empleo. Si la tarifa de pedazo no da como resultado al final del período de pago promedio de los ingresos por hora durante el período de pago por lo menos igual a la cantidad que el trabajador habría ganado había pagado al trabajador en la tarifa por hora apropiada, paga del trabajador se completará en aquel momento para que las ganancias de los trabajadores son al menos tanto como el trabajador habría ganado durante el período de pago si el trabajador había sido pagado en la correspondiente salario por hora por cada hora trabajada.

**<u>Item 18: More details About the Pay/Mas Detalles de Salario</u>**

The employer will abide by the regulations set forth at 20 CFR 653.501 (d)(2)(v)(A), 20 CFR 653.501 (d)(2)(v)(D), 20 CFR 655.135, 20 CFR 655.122.  The employer will make all deductions from the workers' paychecks as required by law.

Workers will be paid the highest of the AEWR, the prevailing hourly wage or piece rate, the agreed- upon collective bargaining wage, or the Federal or State minimum wage. In the event the Department of Labor promulgates a new AEWR applicable to  any portion of the period of employment covered by this job order which is higher or lower than the  AEWR herein, the employer will pay the higher AEWR, and may, at the employer's discretion, pay the lower AEWR, beginning with the effective date.

Workers are guaranteed a total number of work hours equal to  at least three-fourths of the workdays of the total period beginning with the first workday after arrival or first date of need in  the job order, whichever is later, and ending on the expiration date in the job order and any extensions. In determining whether the guarantee of employment has been met, any hours which the worker fails to work during a workday when the employer offers the opportunity to work and all hours of work actually performed shall be counted toward meeting this guarantee. Workers who voluntarily abandon employment or are terminated for cause, and where the employer provides timely notification to the National Processing Center and Department of Homeland Security will relieve the  employer for subsequent transportation and **subsistence costs and the three-quarters guarantee.**

If, before the expiration date specified in the work contract, the services of the worker are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes the fulfillment of the contract impossible, the employer may terminate the work contract. Whether such an event constitutes a contract impossibility will be determined by the U.S. Department of Labor. In the event of such termination of a contract, the employer will fulfill a three-fourths guarantee for the time that has elapsed from the start of the work contract to the time of its termination. The employer will make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer will:

   1. Return the worker, at the employer's expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H-2A employer, whichever the worker prefers;

   2. Reimburse the worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and

3.  Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employer's place of employment. The amount of the transportation payment will not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved.

Reasonable repair costs of damages or loss of property, other than that caused by normal wear and tear, to employer provided housing will be deducted from the employee's pay if it is shown that the individual did the damages.  The employer will deduct repair costs from the employee's pay over whatever time period necessary so that such deductions will not result in a worker's wages going below the federal minimum wage.

**Item 18: More details About the Pay/Mas Detalles de Salario**

El empleador se acaten las normas establecidas en el 20 CFR 653.501 (d)(2)(v)(A), 20 CFR 653.501 (d)(2)(v)(D), 20 CFR 655.135, 20 CFR 655.122. El empleador hará que todas las deducciones de salarios de los trabajadores como requiere la ley. Trabajadores se pagará la más alta de la AEWR, la tarifa horaria vigente del salario o pieza, el acuerdo sobre negociación colectiva de salarios, o el salario mínimo Federal o estatal. En caso de que el Departamento de trabajo promulga un nuevo AEWR aplicable a cualquier parte del período de empleo cubierto por esta orden de trabajo que es mayor o menor que la AEWR en este documento, el empleador pagará la AEWR superior y puede, a discreción del empleador, pagar la AEWR inferior, a partir de la fecha de vigencia. Los trabajadores están garantizados un número total de horas de trabajo iguales a por lo menos las tres cuartas partes de los días del período total que comienza con la primera jornada de trabajo después de la llegada o fecha de necesidad en la orden de trabajo, que sea más tarde y terminando en la fecha de expiración de la orden de trabajo y de las extensiones. Para determinar si ha cumplido la garantía de empleo, se contarán hacia el cumplimiento de esta garantía cualquiera hora que el trabajador deja de trabajar durante una jornada de trabajo cuando el empleador ofrece la oportunidad de trabajar y todas las horas de trabajo efectivamente realizado. Los trabajadores que voluntariamente abandonar el empleo o se rescinda por causa, y donde el empleador proporciona notificación oportuna al centro de procesamiento nacional y Departamento de seguridad nacional aliviará el empleador para posterior transporte y gastos de subsistencia y la garantía de las tres cuartas partes.

Si, antes de la fecha de caducidad indicada en el contrato de trabajo, ya no son necesarios por razones fuera del control del empleador debido a incendio, tiempo u otro acto de Dios que hace imposible el cumplimiento del contrato los servicios del trabajador, el empleador podrá rescindir el contrato de trabajo. Si un evento constituye una imposibilidad de contrato se determinará por el Departamento de trabajo. En caso de que dicha rescisión de un contrato, el empleador cumplirá con una garantía de tres cuartas partes por el tiempo que ha transcurrido desde el inicio del contrato de trabajo a la hora de su terminación. El empleador hará esfuerzos para transferir al trabajador a otros empleos comparables aceptable para el trabajador, consistente con la ley de inmigración vigente, según sea el caso. Si dicha transferencia no se ve afectado, el patrón será: (1) Devolver al trabajador, a costo del empleador, el lugar desde el que el trabajador (sin tener en cuenta que empleo) vinieron a trabajar para el empleador, o transporte al trabajador siguiente empleador H-2A certificación del trabajador, cualquiera que sea el trabajador prefiere (2) Reembolsar al trabajador el importe total de las deducciones hechas de salario del trabajador por el empleador para el transporte y gastos subsistente al lugar de empleo; y (3) pagar al trabajador por gastos incurridos por el trabajador para el transporte y la subsistencia cotidiana en lugar de ese patrón de empleo. La cantidad del pago de transporte no será menor (y no es necesario ser más) que los gastos de transporte más económico y razonable portador común para las distancias involucradas.

Reparación razonable los costos de daños o pérdida de bienes, aparte de que, causada por el desgaste normal, al empleador proporcionó vivienda se deducirá del empleado pagar si se demuestra que el individuo hizo los daños.  El empleador deducirá los costos de reparación de paga del empleado en cualquier período de tiempo necesario para que tales deducciones no dará lugar a los salarios de un trabajador va por debajo del salario mínimo federal.

**Employer will abide by the regulations at 20 CFR 655.135 and 20 CFR 653.501.**

**Empleador cumplirá con las regulaciones de 20 CFR 655.135 y 20 CFR 653.501**

**Abandonment or termination for cause**
Employer will provide timely notification to the NPC and DHS, of workers who voluntarily abandon employment or are terminated for cause. This notification relieves the employer for subsequent transportation and subsistence costs and the 3/4th guarantee
**El abandono o terminación con causa**
El empleador proporcionará la notificación oportuna a la NPC y DHS, de trabajadores que voluntariamente abandonar el empleo o son terminados por causa. Esta notificación alivia el empleador de los subsecuentes gastos de transporte y subsistencia y la garantía 3/4

**Contract impossibility**
Employer may terminate the work contract where services are no longer required for reasons beyond the employer's control due to fire, weather, or other Act of God, in this case the 3/4th guarantee will be provided between the start and termination dates, employer will make efforts to transfer the worker to other comparable work acceptable to the worker, and, if transfer is not viable, provide outbound transportation and subsistence in accordance with 20 CFR 655.122(o) and 655.122(o). Whether such an event constitutes a contract impossibility will be determined by the Certifying Officer.
In this case, the employer must fulfill a three-fourths guarantee for the time that has elapsed from the start of the work contract to the time of its termination. The employer will make efforts to transfer the worker to other comparable employment acceptable to the worker, consistent with existing immigration law, as applicable. If such transfer is not affected, the employer must: (1) Return the worker, at the employer's expense, to the place from which the worker (disregarding intervening employment) came to work for the employer, or transport the worker to the worker's next certified H– 2A employer, whichever the worker prefers; (2) Reimburse the worker the full amount of any deductions made from the worker's pay by the employer for transportation and subsistence expenses to the place of employment; and (3) Pay the worker for any costs incurred by the worker for transportation and daily subsistence to that employer's place of employment. Daily subsistence is the same as described in item 19. The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved.

**Imposibilidad de contrato**
El empleador podrá rescindir el contrato de trabajo cuando los servicios ya no son necesarios por razones fuera del control del empleador debido a un incendio, el clima o cualquier otro acto de Dios, en este caso la garantía 3/4 se prestará entre las fechas de inicio y terminación, el empleador hará esfuerzos para transferir al trabajador a otros trabajo comparables aceptables para el trabajador, y, si el traslado no es viable, proporcionar transporte saliente y subsistencia en conformidad con 20 CFR 655.122 y 655.122(o)(o). Si el evento constituye una imposibilidad del contrato será determinado por el Oficial de certificación

En este caso, el empleador debe cumplir una garantía de tres cuartas partes del tiempo que ha transcurrido desde el inicio del contrato de trabajo a la hora de su terminación. El empleador hará esfuerzos para transferir al trabajador a otro empleo comparable aceptable para el trabajador, de conformidad con la ley de inmigración vigente, según corresponda. Si dicha transferencia no se ve afectada, el empleador debe: (1) Volver al trabajador, a costa del empleador, el lugar desde el cual el trabajador (excluyendo el empleo intermedios) entró a trabajar para el empleador o el trabajador de transporte para el trabajador próximo certificado 2H- empleador, cualquiera que sea el trabajador prefiere; (2) reembolsar al trabajador el importe total de las deducciones realizadas a partir de la remuneración del trabajador por el empleador para el transporte y la manutención hasta el lugar de empleo; y (3) Pagar al trabajador por cualquier costo incurrido por el trabajador para el transporte y subsistencia diaria al lugar de empleo. Las subsistencia diaria es la misma que la descrito en la sección 19. El importe del pago de transporte no debe ser menor (y no es necesario que sea más) que la forma más económica y razonable que un transporte común cobra para las distancias involucradas.

**Disclosure of work contract**
Employer will give worker a copy of the work contract, including any approved modifications, on the day work commences or as soon as practically possible in a language understood by the worker.
**Divulgación de contrato de trabajo**
El empleador le dará una copia del contrato de trabajo al trabajador, incluidas las modificaciones aprobadas, el día que comiencen los trabajos o tan pronto como sea prácticamente posible, en un idioma que comprenda el trabajador.

**Farm Labor Contractor (FLC) License**
Employer, if acting as a FLC or FLCE on the order, possesses a valid FLC license and will renew if necessary according Wage and Hour regulations. The employer will renew its vehicle authorizations timely.
**Licencia Contratista de trabajo agrícola  (FLC)**
El empleador, si actúa como FLC o FLCE en la orden, posee una licencia válida de FLC y la renovara si es necesario según normas de Wage and Hour. El empleador renovara la autorización de vehículos a tiempo

**Fifty Percent Rule**

From the time, the foreign workers depart for the employer's place of employment, the employer will provide employment to any qualified, eligible U.S. worker who applies to the employer until 50 percent of the period of the work contract has elapsed.

**Regla del Cincuenta por ciento**
Desde la que salen de los trabajadores extranjeros para el lugar del patrón de empleo, el empleador proporcionará empleo a cualquier trabajador de Estados Unidos calificado, que aplica al empleador hasta que haya transcurrido el 50% del período del contrato de trabajo.

**Workers Compensation**
Employer will keep workers compensation during the whole period of employment and will renew if necessary to maintain coverage for the whole period of employment.

**Seguro de Accidentes Laborales**
Empleador mantendrá seguro de accidentes laborales y lo renovara si es necesario para mantener cobertura durante el tiempo completo de empleo.

**Proof of Right to Work**
All workers under this order will be required to provide documentation to fill out I-9, attesting to U.S. citizenship or legal status to work in the U.S.

**Prueba del derecho al trabajo**
Todos los trabajadores bajo esta orden deberán presentar documentación para llenar la I-9, que acredite la ciudadanía estadounidense o estado legal para trabajar en los Estados Unidos.

**Number of Workers**
The employer expects the total number of H-2A workers to be used in this occupation to be number in item 10 of the ETA-790, workers for which certification is requested, and the balance will be domestic workers. These numbers are estimates as total workforce needs are dependent upon weather, crop conditions and worker availability.

**Número de trabajadores**
El empresario espera que el número total de los trabajadores H-2A para ser utilizado en esta ocupación para ser el número en el punto 10 de la ETA-790 a los trabajadores para que la certificación es solicitada, y el resto será para los trabajadores domésticos. Estos números se calcula como el total de las necesidades de mano de obra dependen del clima, las condiciones de la cosecha y la disponibilidad del trabajador.

**Employer Obligations if Employment is extended**
No extension of employment beyond the period of the employment specified in the job order will relieve the employer from paying the wages already earned, or, if specified in the job order as a term of employment providing return transportation or paying return transportation expenses to the worker.

**Obligaciones del empleador si el empleo se extiende**
ninguna extensión del empleo más allá del período de empleo especificado en la orden de trabajo aliviará el empleador de pagar los salarios ya devengados o, si se especifica en la orden de trabajo como una condición de empleo proporcionando transporte de regreso o pagar los gastos de transporte de retorno al trabajador.

**Other**
The employer and its agents have not sought or received payment of any kind from the H-2A worker for any activity related to obtaining labor certification, including payment of the employer's attorneys' fees, application fees, or recruitment costs, including, but is not limited to, monetary payments, wage concessions (including deductions from wages, salary, or benefits), kickbacks, bribes, tributes, in kind payments, and free labor.

The employer has and will contractually forbid any foreign labor contractor or recruiter whom the employer engages in international recruitment of H-2A workers to seek or receive payments from prospective employees, except as provided for in DHS regulations.

**Otros**
El empresario y sus agentes no han solicitado o recibido pago alguno de los trabajadores del H-2A para cualquier actividad relacionada con la obtención de la certificación laboral, incluyendo el pago de los honorarios de los abogados del empresario, las tarifas de aplicación, o costes de contratación, incluidos, pero no limitados a, los pagos monetarios, salarios concesiones (incluyendo deducciones del salario, sueldo o prestaciones), sobornos, tributos, pagos en especie, y la mano de obra gratuita.

El empleador ha prohibido y prohibirá contractualmente a cualquier contratista de mano de obra extranjera o reclutador que el empleador haya contratado para reclute trabajadores H-2A, buscar o recibir pagos de potenciales empleados, salvo lo dispuesto en los reglamentos de DHS.

# Renovations Assurances

**Workers Compensation**
Employer will keep workers compensation during the whole period of employment. If necessary will renew timely to maintain coverage for the whole period of employment.

**Seguro de Accidentes Laborales**
El empleador mantendrá Seguro de Accidentes Laborales durante todo el período de empleo. Si es necesario lo renovará oportunamente mantener la cobertura durante todo el período de empleo.

**Farm Labor Contractor (FLC) License**
Employer, if acting as a FLC or FLCE on the order, possesses a valid FLC license and will renew if necessary according Wage and Hour regulations. The employer will renew its vehicle authorizations timely.

**Licencia Contratista de trabajo agrícola  (FLC)**
El empleador, si actúa como FLC o FLCE en la orden, posee una licencia válida de FLC y la renovara si es necesario según normas de Wage and Hour. El empleador renovara la autorización de vehículos a tiempo

**Francisco Segura - FLC_____**
Employer's Printed Name & Title / Nombre y Título en Letra de Molde/Imprenta del Empleador

12/23/2017

Employer's Signature / Firma y Título del Empleador Date / Fecha

# Work Rules

The following rules are intended to provide standards of conduct expected of workers employed under this job order. Violations of these rules or other lawful, job-related employer requirements will be considered grounds for termination. In cases of less serious violations, penalties such as suspension without pay for up to three (3) days based on the supervisor's consideration of the degree of the infraction, the worker's prior record and other relevant factors for the purpose of considering if the worker is able and/or willing to do the job will be imposed. Workers are expected to comply with ALL rules related to discipline, attendance, work quality/quantity and the care/maintenance of all property.

1. Workers must be able to maintain the quality and quantity of work needed to complete the requirements of the job at all times. Workers may not misrepresent the quantity or quality of work performed.
2. **No use or possession of alcohol or unlawful drugs is permitted during work time or during any workday or before work is completed for that day (such as during meal or break periods). Workers may not report for work under the influence of alcohol or illegal drugs. Illegal drugs may not be used nor kept on the employer's premises.**
3. **Excessive absences or tardiness is not permitted. Excessive absence is defined as three consecutive days of** unexcused absence or five unexcused absences within a 30-day period. Excessive tardiness is defined as unexcused arrival for work after the regularly scheduled time for three consecutive days or late for five unexcused days within a 30-day period. Job abandonment will be deemed to begin after a worker fails to report for work at the regularly scheduled time for five consecutive working days without the consent of the employer.
4. Workers are expected to maintain their living quarters to standards posted on the property and shall promptly report problems to employer. Workers shall cooperate with other workers assigned to the same housing in maintaining kitchen, dining, bathroom and living areas in the same general condition the unit was in prior to occupancy.
5. Workers living in employer-provided housing that are assigned bunk beds may not separate nor move bunk beds.
6. Workers living in employer-provided housing may not cook in sleeping rooms or any other non-kitchen areas.
7. Workers may not repeatedly drop paper, cans, bottles or other trash in fields, packinghouses or housing areas. Trash and waste receptacles must be used.
8. Except for the worker's assigned housing and/or work area/field, workers may not enter employer's premises without authorization by the person in charge.
9. Except for the worker's assigned housing, workers may not enter the employer's premises at times other than during hours the employee is scheduled to work.
10. Workers may not begin work prior to the scheduled starting time or continue working after stopping time unless authorized by the employer.
11. Workers may not abuse/extend break periods which may be provided or take unauthorized breaks from work.
12. Workers may not engage in horseplay, scuffling, throwing things, wasting time, or loitering during work hours.
13. Workers may not post nor remove any notices, signs, or other instructions from the employer's property.
14. Workers may be discharged if they steal from fellow workers or from the employer.
15. Workers may not falsify personnel, medical, production or other work-related records.
16. No children allowed on any farm property. This will be a cause for automatic dismissal.
17. Workers may not willfully abuse or destroy any machinery, equipment, tools, or other property belonging to the employer or other employees.
18. After completion of the introductory period, workers are to keep up with agricultural equipment and not detrimentally affect another workers productivity. Workers may not deliberately restrict production.
19. Employer will conduct drug test at employer's expense if accident occurs during work hours. Denial or failure of drug test results in termination of employment.
20. Workers may not disregard instructions of the employer or designated employees.
21. Workers may not interrupt other workers rest/sleep periods by excessive or unnecessary noise or commotion.
22. Workers may not have guests in employer-provided housing past 10:00pm, except on Saturday, not past 12:00am midnight. Workers and/or their guests may not engage in indecent, immoral, or illegal conduct at any time on the employer's premises.
23. Repeated failure to follow instructions, obey safety requirements, and equipment and vehicle operation instructions may result in termination.
24. Any worker who repeatedly impedes the progress of the group by tardiness, leaving early, lax adherence to picking standards, or rough handling of produce may be terminated.
25. No firearms or other weapons may be brought onto the employer's premises, housing, or worksites at any time. This is cause for immediate termination.
26. Use of personal electronic devices, including cell phones, is not permitted during working hours.
27. In the event that the employer issues electronic badges for timekeeping and/or piece rate tabulation, workers must keep badges in their possession at all times during work hours.
28. Workers may be discharged for fighting on the employer's premises.
29. Harassing behavior or actions that create a work environment that is intimidating, hostile, abusive, or offensive will subject an employee to disciplinary action, up to and including immediate discharge.
30. Threatening, intimidation, coercing or otherwise interfering with the performance of fellow employees is prohibited.
31. No jewelry, bracelets, watches, earrings, belly rings, except wedding bands are allowed.

**Failure to comply with the above work rules may result in termination/discharge. If you do not understand any of the above rules, ask your supervisor for an explanation.**

Las siguientes reglas se hicieron con el propósito de proporcionar estándares de la conducta esperada de las trabajadoras empleadas bajo este contrato. La violación de estas reglas u otros requerimientos legales del patrón que estén relacionadas al trabajo serán determinantes para su terminación. En casos de menor violación, las trabajadoras serán penalizados con una suspensión de su trabajo hasta tres (3) días, según la consideración del supervisor del nivel de la infracción, el historial del trabajador y otros factores relevantes al propósito de considerar si el trabajador es capaz y dispuesto a hacer el trabajado. Se espera que las trabajadoras cumplan con TODAS las reglas relacionadas con la disciplina, atención, calidad/cantidad de trabajo, así coma el cuidado/mantenimiento de la propiedad.

1. Los trabajadores deben ser capaces de mantener la calidad y cantidad de trabajo necesario para completar los requisitos de trabajo todo el tiempo. Los trabajadores no deben alterar la cantidad o calidad del trabajo realizado.

2. No se permite el uso o la posesión de alcohol o drogas ilegales durante el tiempo de trabajo o durante cualquier día antes de completar el trabajo para el día de trabajo (así coma durante sus comidas o descansos). Los trabajadores no deberán presentarse bajo la influencia del alcohol o drogas ilegales. No puede usar o guardar drogas ilegales enla propiedad del patrón.

3. **Ausencias excesivas o llegadas tarde no se permitirán. Se define "ausencias excesivas" coma tres días consecutivos sin excusa o cinco días consecutivos sin excusa en un periodo de treinta días. Llegadas tardes** excesivas se define coma llegar al trabajo sin permiso después el horario regular planeado por tres días **consecutivos o legar tarde par cinco días sin excusa en un periodo de treinta días. El abandono del trabajo se considerará que comienza después de que un trabajador no reporte para el trabajo en el tiempo regularmente programado por cinco días laborables consecutivos sin el consentimiento del patrón**

4. Los trabajadores deben mantener sus viviendas según los estándares colocados en la propiedad y **reportaran inmediatamente cualquier problema al patrón. Los trabajadores deben cooperar con otros trabajadores asignados a la misma vivienda, y deberían trabajar juntas para mantener la cocina compartida, el comedor, el barrio, y la sala a la condición general en el cual estuvo la vivienda antes de ser ocupada.**

5. Los trabajadores que vivan en viviendas del patrón, se les asignarán literas, las cuales no deberán separar o mover.

6. Los trabajadores que vivan en viviendas del patrón no podrirla cocinar en los dormitorios de en otras áreas que no correspondan a la cocina.

7. Los trabajadores no deberán tirar papales, latas, botellas u otras basuras en los campos, en la empacadora o en áreas de vivienda. Deberían usar los botes de basura.

8. Los trabajadores no deberán entrar en la propiedad del patol sin autorización, excepto en sus viviendas asignadas y áreas de trabajo.

9. Los trabajadores no deberán entrar en la propiedad del patrón excepto en sus propias viviendas durante las horas que no trabajen.

10. Los trabajadores no deberán empezar su trabajo antes de lo planeado ni continua, su trabajo después de la hora de terminar a menos que el patrón lo autorice.

11. Los trabajadores no deberán abusar de sus periodos de descanso. No se tomarán descansos que no sean autorizados.

12. Los trabajadores no deberán jugar, pelear, tirar cosas, perder el tiempo o vagar durante las horas de trabajo.

13. Los trabajadores no podrán pegar o quitar alguna nota, letrero u otras instrucciones en la propiedad del patrón.

14. Los trabajadores podrán ser despedidos si roban a sus compañeros de trabajo o al patrón.

15. Los trabajadores no podrán falsificar ningún documento personal, medico, de producción u otro documento relacionado con su empleo.

16. No se permitan niños en la propiedad de trabajo o viviendas. Es una causa para el despido automático.

17. Los trabajadores no deberán abusar o destruir a propósito alguna maquinaria, equipo, herramientas, u otra propiedad que le pertenezca al patrón o a otros empleados.

18. Después de completar el periodo introductorio, los trabajadores deben trabajar tan rápido como equipo agrícola y no afectar negativamente la productividad de ellos. Los trabajadores no pueden restringir la producción deliberadamente.

19. El empleador realizará pruebas de drogas a cargo de los empleadores si ocurre un accidente durante las horas de trabajo. La negación o el fracaso de los resultados de las pruebas de drogas será terminación del empleo.

20. Los trabajadores no deben ignorar las instrucciones del empleador ni de los empleados designados.

21. Los trabajadores no podrán interrumpir los periodos de descanso/periodos con excesivo ruido o alboroto.

22. Los trabajadores no podrán recibir visitas después de las 10:00pm de la noche durante la semana. En los sábados si permite la visita hasta las 12:00am de la noche en la vivienda del patrón. Los trabajadores y sus visitantes no deberían realizar actividades indecentes, inmorales o ilegales dentro de las instalaciones del patrón.

23. Dejar de seguir las instrucciones constantemente, obedecer requerimientos de seguridad, a instrucciones para operar equipo o vehículos puede resultar en despedido.

24. Cualquier trabajador que constantemente impida el progreso del grupo por estar atrasado, salir temprano, no rigiendo rigurosamente a las normas de cosecha o manipulando bruscamente los productos puede ser despedido.

25. No se permite traer armas de fuego o de otro tipo a la propiedad del patrón vivienda o sitios de trabajo, nunca. Es causa de despedida inmediata.

26. No se permite usar ningún artículo electrónico personal, incluyendo teléfonos celulares, durante las horas de trabajo.

27. En caso de que el empleador les entregue a los trabajadores una plaque para mantener sus horas y/o recordar las tarifas por pieza (contrato), los trabajadores deben guardar las placas en su posesión todo el tiempo durante las horas de trabajo.

28. Los trabajadores pueden ser despedidos por pelear en la propiedad del empleador.

29. Comportamiento de acoso y acciones que crean un ambiente de trabajo intimidante, hostil, ofensivo o abusivo someterán a un empleado a una acción disciplinaria, hasta el punto de incluir su despido inmediato.

30. Se prohíbe amenazar, intimidar, coaccionar o de alguna manera interferir con el rendimiento de sus compañeros de trabajo.

31. No se permite joyas, relojes, pendientes, anillos del vientre, con excepción de la alianza de boda.

**LOS QUE NO SIGAN LAS REGLAS DE TRABAJO Y MENCIONADOS PUDEN SER DESPEDIDOS. SI NO ENTIENDE CUALQUIERA DE LAS REGLAS YA MENCIONADOS, PIDALE A SU SUPERVISOR UN EXPLICACION.**

**20 CFR 653.501**
**INTRASTATE AND INTERSTATE CLEARANCE ORDER ASSURANCES**
**GARANTÍAS DE LA ORDEN DE EMPLEO INTRAESTATAL E INTERESTATAL**

The employer agrees to provide to workers referred through the clearance system the number of hours of work per week cited in Item 11 of the clearance order for the week beginning with the anticipated date of need, unless the employer has amended the date of need at least 10 working days prior to the original date of need by so notifying the Order-Holding Office (OHO). If the employer fails to notify the OHO at least 10 working days prior to the original date of need, the employer shall pay eligible workers referred through the intrastate/interstate clearance system the specified hourly rate or pay, or in the absence of a specified hourly rate or pay, the higher of the Federal or State minimum wage rate for the first week starting with the original anticipated date of need. The employer may require workers to perform alternative work if the guarantee is invoked and if such alternative work is stated on the job order.

El empleador se compromete a proporcionar a los trabajadores mencionados mediante el sistema de órdenes de empleo, el número de horas de trabajo por semana citados en el punto 11 de la orden de trabajo para la semana que comienza en la fecha prevista de necesidad, a menos que el empleador haya modificado la fecha de la necesidad al menos 10 días laborables antes de la fecha original de la necesidad mediante notificación a la Oficina que tenga la orden (OHO). Si el empleador no notifica la OHO al menos 10 días laborables antes de la fecha original de necesidad, el empleador deberá pagar a los trabajadores elegibles referidos a través del sistema de ordenes interestatal e interestatal el pago por hora, o en ausencia de una determinada tarifa por hora o remuneración, el mayor del salario mínimo Federal o Estatal para la primera semana a partir de la fecha prevista original de necesidad. El empleador puede exigir a los trabajadores realizar trabajos alternativos si la garantía se invoca y si ese trabajo alternativo está indicado en la orden de trabajo.

The employer agrees that no extension of employment beyond the period of employment shown on the job order will relieve the employer from paying the wages already earned, or specified in the job order as a term of employment, providing transportation or paying transportation expenses to the worker's home.

El empleador acepta que ninguna extensión del empleo más allá del período de empleo indicado en la orden de empleo aliviará el empleador de pagar los salarios ya devengados o el especificado en la orden de trabajo como una condición de empleo, o de proporcionar transporte o pagar los gastos de transporte de regreso al hogar del trabajador.

The employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.

El empleador asegura que todas las condiciones de trabajo cumplen con la legislación federal y estatal de salario mínimo, trabajo infantil, seguridad social, salud y seguridad, registro de contratista de trabajo agrícola y otras leyes relacionadas con el empleo

The employer agrees to expeditiously notify the OHO or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over recruitment, or other factors have changed the terms and conditions of employment.

El empresario se compromete a notificar por teléfono de manera rápida al OHO o agencia estatal inmediatamente después de enterarse de que un cultivo se maduran más pronto o más tarde, o que las condiciones climáticas, a través u otros factores han cambiado los términos y condiciones de empleo.

The employer, if acting as a farm labor contractor, has a valid farm labor contractor registration certificate.

El empleador, si actúa como contratista de trabajo agrícola, tiene un certificado valido.

The employer assures the availability of no cost or public housing which meets applicable Federal and State standards and which is sufficient to house the specified number of workers requested through the clearance system.

El empleador asegura la disponibilidad de vivienda pública sin costo que cumple con los requisitos aplicables de las normas Federales y Estatales y que es suficiente para alojar el número especificado de trabajadores solicitados a través del sistema de órdenes de empleo.

The employer also assures that outreach workers shall have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107. El empleador También asegura que los trabajadores de extensión tendrán un acceso razonable a los trabajadores en la realización de actividades de contacto de conformidad con 20 CFR 653.107.

Employer's Name Nombre del Empleador: **Francisco Segura**          Date: 12/23/17

Employer's Signature

**AGRICULTURAL CONTRACT AGREEMENT/CONTRATO DE TRABAJO AGRICOLA**

Employee agrees to diligently and faithfully perform all the assigned duties within the job description.

Empleado diligente y fielmente se compromete a realizar todas las tareas asignadas dentro de la descripción del puesto de trabajo.

Employer/ Empleador: **City Pinestraw & Harvesting, LLC**
Employer Address, Dirección del empleador: **96 Weaver Rd., Baxley, GA 31513**

Employee Name
Nombre del Empleado                      _____

Permanent Address
Dirección Permanente                     _____

City, State, Zip, Country
Ciudad, Estado, Código Postal, País      _____

Telephone
Teléfono                                 _____

Do you have three months of harvesting experience?                          ( ) Yes/Si   ( ) No
¿Tienes tres meses de experiencia en la cosecha?

Are you able to complete the work contract 02/28/2018 to 10/20/2018?        ( ) Yes/Si   ( ) No
¿Eres capaz de completar el contrato de trabajo del 02/28/2018 hasta 10/20/2018?

Can you work Monday-Friday 6 hours; Saturday 5 Hour, Total 35?
¿Se puede trabajar de lunes a viernes 6 Horas; Sabado 5 horas Total 35?     ( ) Yes/Si   ( ) No

Can you provide documents that prove legal authority to work in the USA?
¿Puede proporcionar documentos que prueban autoridad legal para trabajar en USA?   ( ) Yes/Si   ( ) No

**Place of Recruitment/Lugar de Reclutamiento**
( ) Georgia      ( ) Mexico      ( ) Guatemala        ( ) Other/Otro _____

**Wages/Salario**
$10.95 See ETA-790 for piece rates.  $10.95 Mire ETA-790 por pago por piezas.

Area of Employment/Area de Empleo: Baxley, GA
Period of Employment/Periodo de Empleo: 02/28/2018 – 10/20/2018
The employee understands that if she/he is terminated for cause prior to completion of the employment period, she/he may not be re-hire in the future, unless that the termination is a mutual agreement between the employer and employee.
Violation of work rules or other lawful job requirements will be considered grounds for termination. In cases of less serious violations, workers may be suspended from work without pay for up to three days. Workers are expected to comply with all rules related to discipline, attendance, work quality and quantity and the care and maintenance of tools, property and housing.
Employer is required to notify the Department of Labor and the Department of Homeland Security of job abandonment or termination of employment.
El empleado entiende que, si él/ella es terminada por causa antes de la finalización del período de empleo, él/ellas no podrán volver a contratar en el futuro, a menos que la terminación es un acuerdo mutuo entre el empleador y el empleado.
Violación de normas de trabajo u otros requisitos de trabajo legal será considerada motivo de rescisión. En los casos de infracciones menos graves, los trabajadores pueden ser suspendidos de su trabajo sin pagar por hasta tres días. Se espera que los trabajadores cumplen con todas las normas relativas a la disciplina, la asistencia, la calidad y la cantidad de trabajo y el cuidado y mantenimiento de las herramientas, la propiedad y la vivienda.
El empleador está obligado a notificar al Departamento de Trabajo y el Departamento de Seguridad Nacional de abandono del trabajo o terminación de empleo

Date employee was provided a copy of the work contract
Fecha en que al empleado  se le entregó una copia del contrato de trabajo _____

Employee Signature/Firma del Empleado:   _____

 **Maps**     Flash Foods to 257 Blueberry St, Baxley, GA 31513     Drive 1.3 miles, 4 min

Diaz Farms

## Flash Foods
601 S Main St, Baxley, GA 31513

| | 1. | Head northeast on S Main St toward E Tollison St | |
|---|---|---|---|
| | | | 0.4 mi |
| | 2. | Turn left onto Bay St/Zoar Rd | |
| | | | 0.4 mi |
| | 3. | Turn left onto Jones St | |
| | | | 0.3 mi |
| | 4. | Turn right onto Donnie Ln | |
| | | | 0.2 mi |
| | 5. | Turn right onto Blueberry St | |
| | | | 105 ft |

## 257 Blueberry St
Baxley, GA 31513

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

 **Maps**          Flash Foods to M L K Dr, Baxley, GA 31513          Drive 2.7 miles, 6 min

Miles Farms

## Flash Foods
601 S Main St, Baxley, GA 31513

| | | |
|---|---|---|
| ↑ | 1. | Head southwest on S Main St toward Plier St |

0.4 mi

| | | |
|---|---|---|
| ↰ | 2. | Turn left onto Blackshear Hwy SE |

0.2 mi

| | | |
|---|---|---|
| ↰ | 3. | Turn left onto Poor Robin Ext |

0.6 mi

| | | |
|---|---|---|
| ↑ | 4. | Continue onto Poor Robin Rd |

1.2 mi

| | | |
|---|---|---|
| ↰ | 5. | Turn left onto M L K Dr |

0.2 mi

## M L K Dr
Baxley, GA 31513

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

 **Maps**　　　　Flash Foods to Wright Dr, Baxley, GA 31513　　　　Drive 3.3 miles, 7 min

Diaz Family Farm

## Flash Foods
601 S Main St, Baxley, GA 31513

| | | |
|---|---|---|
| ↑ | 1. Head northeast on S Main St toward E Tollison St | |
| | | 0.8 mi |
| ↑ | 2. Continue straight onto N Main St | |
| | | 0.8 mi |
| ↑ | 3. Continue onto GA-144 E/10 Mile Rd | |
| | ⓘ Continue to follow GA-144 E | |
| | | 1.1 mi |
| ↱ | 4. Turn right onto Old Surrency Rd | |
| | | 0.2 mi |
| ↱ | 5. Turn right onto Mittie Byrd Dr | |
| | | 0.2 mi |

## Wright Dr
Baxley, GA 31513

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

**b** bing maps

**A**   Flash Foods, 601 S Main St, Baxley, GA 31513

**B**   111 Old Ben Carter Rd, Baxley, GA 31513

**6 min, 1.8 mi**
Moderate traffic (5 min without traffic)
Via US-1, GA-144

**A**   Flash Foods

| | | | |
|---|---|---|---|
| ↑ | 1. | Depart **W Tollison St** toward US-1 / GA-15 / GA-4 / S Main St | 144 ft |
| ↰ | 2. | Turn **left** onto **US-1 / GA-15 / GA-4 / S Main St**<br>Flash Foods on the corner<br>⚠ *Moderate Congestion* | 0.8 mi |
| ↱ | 3. | Bear **right** onto **GA-144** | 0.8 mi |
| ↰ | 4. | Turn **left** onto **Old Ben Carter Rd** | 0.1 mi |
| | 5. | Arrive at **Old Ben Carter Rd** on the right<br>The last intersection is Sursson St<br>If you reach Sanders Dr, you've gone too far | |

**B**   111 Old Ben Carter Rd, Baxley, GA 31513

These directions are subject to the Microsoft® Service Agreement and are for informational purposes only. No guarantee is made regarding their completeness or accuracy. Construction projects, traffic, or other events may cause actual conditions to differ from these results. Map and traffic data © 2017 HERE™.

**b** bing maps

| | |
|---|---|
| **A** Flash Foods, 601 S Main St, Baxley, GA 31513 | **11 min, 6.3 mi** |
| **B** Miles Berry Farm, 5875 Zoar Rd, Baxley, GA 31513 | Light traffic (11 min without traffic) |
| | Via Bay St, Zoar Rd |

From Flashfoods to Miles Berry Farm Zoar Road

**A** Flash Foods

| | | | |
|---|---|---|---|
| ↑ | 1. | Depart **W Tollison St** toward Luckie St | 489 ft |
| ↱ | 2. | Turn **right** onto **Luckie St** | 0.4 mi |
| ↰ | 3. | Turn **left** onto **Bay St**<br>IGA on the corner | 1.0 mi |
| ↑ | 4. | Road name changes to **Zoar Rd** | 4.8 mi |
| | 5. | Arrive at **Zoar Rd** on the left<br>The last intersection is Wooten Ln<br>If you reach Brenda Kaye Yawn Rd, you've gone too far | |

**B** Miles Berry Farm

These directions are subject to the Microsoft® Service Agreement and are for informational purposes only. No guarantee is made regarding their completeness or accuracy. Construction projects, traffic, or other events may cause actual conditions to differ from these results. Map and traffic data © 2017 HERE™.