UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LUCIA FELIX RODRIGUEZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 2:20-cv-00093-LGW-BWC |
| CITY PINESTRAW AND HARVESTING, LLC; SEGURA'S HARVESTING, LLC; FRANCISCO SEGURA; and MARIA CAMELIA SEGURA; | : |
| Defendants. | : |

## ORDER

Before the Court is Plaintiff's and Defendants' Joint Motion for FLSA Settlement Approval and Fairness Determination. Having considered the Motion and finding the Agreement and Release to be fair, the Motion is hereby GRANTED. The Agreement and Release incorporated below is approved. The Court will retain jurisdiction of the action with respect to the claims resolved by the Agreement solely for the purpose of interpreting, implementing, and enforcing this Agreement consistent with the terms herein and with respect to the remaining claims. There being no claims remaining, the Clerk is **DIRECTED** to close this case.

SO ORDERED this __10__ day of March, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA